```
                                                              FILED
                                                      2025 FEB 6 AM 9:19
                                                             CLERK
                                                      U.S. DISTRICT COURT
```

TRINA A. HIGGINS, United States Attorney (7349)
JOSEPH M. HOOD, Assistant United States Attorney (13536)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4279
Email:   joseph.hood@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | 4:25-cr-00007-AMA |
| vs. | : | 16 U.S.C. § 470ee(a) & (d) |
| DANIELA ERICKSSEN-GANASSIM, | : | (UNAUTHORIZED DAMAGE, ALTERATION, DEFACEMENT OF AN ARCHAEOLOGICAL RESOURCE) |
| Defendant. | : | |

Case: 4:25−cr−00007
Assigned To : Allen, Ann Marie McIff
Assign. Date : 2/6/2025

The United States Attorney charges:

COUNT 1

On or about November 23, 2024, in the District of Utah,

DANIELA ERICKSSEN GANASSIM,

the defendant herein, on lands owned in fee by the United States, and administered by the

U.S. Bureau of Land Management, that is, near the confluence of Buckskin and Wire

Pass, Kane County, Utah, did knowingly, and without a permit, damage, alter, and deface an archaeological resource, that is, a petroglyph panel, having an archaeological value and cost of restoration and repair of less than $500; all in violation of 16 U.S.C. §§ 470ee(a) & (d).

DATED this 6th day of February, 2025.

TRINA A. HIGGINS
United States Attorney

_____
JOSEPH HOOD
Assistant United States Attorney